UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 16-2240 JAK (MRW) | Date | March 7, 2017 |
|---|---|---|---|
| Title | Mora-Heredia v. Lynch | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff / Petitioner: | | Attorneys Present for Defendant / Respondent: |
| None present | | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

1. This is a habeas action involving an individual formerly in immigration custody. "Formerly," because the government informed the Court recently that Ms. Mora-Heredia has been deported and is no longer in the United States. (Docket # 8.) On that basis, the government suggests that the action is now moot.

2. The Court tried unsuccessfully to find out from Petitioner's lawyer, Frank Arebalo, about the status of his client and this action. However, Petitioner has not requested dismissal of the action to date.

3. Therefore. Petitioner and her lawyer are ORDERED to show cause why this matter should not be dismissed as moot and for failure to prosecute (FRCP 41). Petitioner's response to this Order will be due by March 17. After that, the Court will enter an appropriate order.