# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA MORA-HEREDIA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LORETTA LYNCH,<br><br>　　　　　Respondent. | Case No. SA CV 16-2240 JAK (MRW)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>**FRCP 41(a)(2)** |

　　　The Court dismisses this action without prejudice. When Petitioner filed this action, she was an immigration detainee who sought federal habeas corpus review of her detention. According to the government's answer, the government subsequently deported Petitioner from the United States; she is no longer in immigration custody. (Docket # 8.) That renders this action moot.

　　　For this reason, Petitioner filed a notice of dismissal using form CV-09. (Docket # 11.) However, Federal Rule of Civil Procedure 41(a)(1)(A) allows a party to voluntarily dismiss an action without a court order by filing this type of notice "before the opposing party serves [ ] an answer" or other responsive pleading. In all other circumstances, "an action may be dismissed at the plaintiff's

request only by court order on terms the court considers proper." Fed. R. Civ. P. 41(a)(2).

Given the circumstances of the action, the Court concludes that the dismissal request should be granted. It is appropriate to dismiss the action without prejudice.

IT IS SO ORDERED.

Dated: March 23, 2017

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

Presented by:

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2